IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SANDRA LOPEZ LOPEZ<br>Plaintiff<br>vs<br>THE ROBINSON SCHOOL, INC.; SAN JUAN CAPESTRANO HOSPITAL, INC.; DANIEL M. HILDEBRAND; MARIA TERESA LARRIEU; MELVIN SANTONI CRESPO, M.D.; ANGEL M. NARVAEZ MORELL, M.D.; AIG INSURANCE COMPANY-PUERTO RICO, INC.; MEDICAL DEFENSE INSURANCE CO.; ASPEN AMERICAN INSURANCE COMPANY; CONTINENTAL INSURANCE CO.; DEFENDANTS A,B,C (INSURANCE COMPANIES); DEFENDANTS D,E,F<br>Defendants | CIVIL 16-2372CCC |

## JUDGMENT

Pursuant to the Opinion and Order issued on this same date (d.e. 145), it is ORDERED and ADJUDGED that all federal claims under the ADEA, ADA and based on retaliation filed by plaintiff Sandra López López are hereby DISMISSED, WITH PREJUDICE. The claims brought under Act 44 and Act 115 of the Commonwealth of Puerto Rico are DISMISSED, WITHOUT PREJUDICE.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 1, 2019.

S/CARMEN CONSUELO CEREZO
United States District Judge